UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21796-CMA

CARLOS BRITO,

    Plaintiff,

v.

LSG1 TRAIL PLAZA LLC.,
SOUTH BEACH QSR, LLC d/b/a
TACO BELL #257380, GRAND
INC d/b/a CHINA BUFFET,
SUNSHINE RETAIL
INVESTMENTS LLC d/b/a
FRESCO Y MAS 286,

    Defendants,
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Parties and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    Carlos Brito (Plaintiff)

    Garcia-Menocal, P.L. (Counsel for Plaintiff)

    Beverly Virues, Esq. (Counsel for Plaintiff)

    Armando Mejias, Esq. (Counsel for Plaintiff)

1

The Law Office of Ramon J. Diego, P.A. (Counsel for Plaintiff)

Ramon J. Diego, Esq. (Counsel for Plaintiff)

Pablo Baez, AccessAble (Plaintiff's Expert)

LSG1 TRAIL PLAZA LLC (Defendant)

Dwight Angelin (Manager of LSG1 TRAIL PLAZA LLC)

Nilesh Bubna (Manager of LSG1 TRAIL PLAZA LLC)

Reid Parker (Manager of LSG1 TRAIL PLAZA LLC)

Robert Provost (Manager of LSG1 TRAIL PLAZA LLC)

SOUTH BEACH QSR, LLC d/b/a TACO BELL #257380 (Defendant)

Chris Suh (Executive Vice President of SOUTH BEACH QSR, LLC d/b/a TACO BELL #257380)

Jon G. Shepherd (Authorized Representative of SOUTH BEACH QSR, LLC d/b/a TACO BELL #257380)

GRAND INC d/b/a CHINA BUFFET (Defendant)

Xue Feng Chen (Secretary of GRAND INC d/b/a CHINA BUFFET)

Xue M. Chen (President of GRAND INC d/b/a CHINA BUFFET)

SUNSHINE RETAIL INVESTMENTS, LLC d/b/a FRESCO Y MAS 286 (Defendant)

Fresco Retail Group, LLC (Authorized Member of SUNSHINE RETAIL INVESTMENTS, LLC d/b/a FRESCO Y MAS 286)

Agustin Herran (President of SUNSHINE RETAIL INVESTMENTS, LLC d/b/a FRESCO Y MAS 286)

Jose A. Herran Jr. (Vice President of SUNSHINE RETAIL INVESTMENTS, LLC

        d/b/a FRESCO Y MAS 286)

        Javier Herran (Treasurer of SUNSHINE RETAIL INVESTMENTS, LLC d/b/a FRESCO Y MAS 286)

        Daniel F. Valdes (Secretary of SUNSHINE RETAIL INVESTMENTS, LLC d/b/a FRESCO Y MAS 286)

        FRESCO RETAIL GROUP, LLC (Authorized Member of SUNSHINE RETAIL INVESTMENTS, LLC d/b/a FRESCO Y MAS 286)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        None, other than the Defendants.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

        None, other than the Defendants.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

        Carlos Brito (Plaintiff)

5. Undersigned counsel certifies that she is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this May 21, 2024.

**GARCIA-MENOCAL P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mail: amejias@lawgmp.com
aquezada@lawgmp.com; jacosta@lawgmp.com

By: ___/s/ Beverly Virues_____
      BEVERLY VIRUES
      Florida Bar No.: 123713
      ARMANDO MEJIAS
      Florida Bar No.: 1045152


**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ___/s/ Ramon J. Diego_____
RAMON J. DIEGO
Florida Bar No.: 68920

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this May 21, 2024, the foregoing document is being served on all counsel of record via CM/ECF.

Respectfully submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305-553-3464
Fax: (855) 205-6904
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mail: amejias@lawgmp.com
aquezada@lawgmp.com; jacosta@lawgmp.com

By: ___*/s/ Beverly Virues*___
BEVERLY VIRUES
Florida Bar No.: 123713
ARMANDO MEJIAS
Florida Bar No.: 1045152

5