UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21796-CMA

CARLOS BRITO,

    Plaintiff,

v.

LSG1 TRAIL PLAZA LLC., SOUTH BEACH QSR, LLC d/b/a TACO BELL #257380, GRAND INC d/b/a CHINA BUFFET, SUNSHINE RETAIL INVESTMENTS LLC d/b/a FRESCO Y MAS 286,

    Defendants,
_____/

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, GRAND INC. ONLY

    Plaintiff, CARLOS BRITO, and Defendant, GRAND INC. d/b/a CHINA BUFFET, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than fourteen (14) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case as to Defendant, GRAND INC d/b/a CHINA BUFFET *only*.

Respectfully submitted this June 6, 2024.

| | |
|---|---|
| *By:* /s/ *Beverly Virues* <br> BEVERLY VIRUES <br> Florida Bar No. 123713 <br> GARCIA-MENOCAL, P.L. <br> 350 Sevilla Avenue, Suite 200 <br> Coral Gables, Florida 33134 <br> Telephone: (305) 553- 3464 <br> Email: bvirues@lawgmp.com <br> *Counsel for Plaintiff* | *By: /s/ Tony Pornprinya* <br> TONY PORNPRINYA <br> Florida Bar No. 0027960 <br> LAW OFFICES OF TONY PORNPRINYA <br> 1555 NE 123rd Street <br> North Miami, FL 33161 <br> Telephone: (305) 893-8989 <br> Email: tony@miamidadelaw.net |

*Counsel for Defendant, Grand, Inc. d/b/a China Buffet*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this June 6, 2024.

Respectfully submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mail: amejias@lawgmp.com; aquezada@lawgmp.com

By: ___/s/_Beverly Virues_____
BEVERLY VIRUES