UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21796-RKA

CARLOS BRITO,

    Plaintiff,

v.

LSG1 TRAIL PLAZA LLC., SOUTH BEACH QSR, LLC d/b/a TACO BELL #257380, GRAND INC d/b/a CHINA BUFFET, SUNSHINE RETAIL INVESTMENTS LLC d/b/a FRESCO Y MAS 286,

    Defendants,

_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, LSG1 TRAIL PLAZA LLC**

Plaintiff, CARLOS BRITO, and Defendant, LSG1 TRAIL PLAZA LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than fourteen (14) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case as to Defendant.

Respectfully submitted this October 4, 2024.

| | |
|---|---|
| By: /s/ *Ramon J. Diego* | By: /s/ *Christine F. Gay* |
| RAMON J. DIEGO | CHRISTINE F. GAY |
| Florida Bar No. 68930 | Florida Bar No. 0026009 |
| THE LAW OFFICE OF RAMON J. DIEGO, P.A. | HOLLAND & KNIGHT LLP |
| 5001 SW 74th Court, Suite 103 | 701 Brickell Avenue, Suite 3300 |
| Miami, FL 33155 | Miami, Florida 33131 |
| Telephone: (305) 350-3103 | Telephone: (305) 374-8500 |
| Email: ramon@rjdiegolaw.com | Email: christine.gay@hklaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, LSG1 Trail Plaza, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this October 4, 2024.

    Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com


By: _/s/ Ramon J. Diego_____
      RAMON J. DIEGO