**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-21796-ALTMAN/Sanchez**

**CARLOS BRITO**,

    *Plaintiff,*

v.

**LSG1 TRAIL PLAZA LLC,** *et al.*,

    *Defendants.*

_____/

**ORDER**

The parties have filed a Joint Notice of Settlement [ECF No. 50], telling us that they have resolved their dispute. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case without prejudice to the parties to file a stipulation of dismissal by **October 18, 2024**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on October 5, 2024.

                                                                       _____
                                                                       **ROY K. ALTMAN**
                                                                       **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record