**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-21796-RKA

CARLOS BRITO,

    Plaintiff,
v.

LSG1 TRAIL PLAZA LLC., *et al*,

    Defendants,
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, LSG1 TRAIL PLAZA LLC. ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice as to Defendants with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on October 18, 2024.

*By: /s/ Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 68930
THE LAW OFFICE OF RAMON J. DIEGO, P.A.
5001 SW 74th Court, Suite 103
Miami, FL 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

*By: /s/ Christine F. Gay*
CHRISTINE F. GAY
Florida Bar No. 0026009
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Email: christine.gay@hklaw.com
*Counsel for Defendant, LSG1 Trail Plaza, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on October 18, 2024.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: */s/ Ramon J. Diego*
     RAMON J. DIEGO