UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21796-ALTMAN/Sanchez

**CARLOS BRITO**,

    *Plaintiff,*

v.

**LSG1 TRAIL PLAZA LLC,** *et al.*,

    *Defendants.*

_____/

## ORDER

The parties have filed a joint stipulation of dismissal [ECF No. 52] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions remain **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of ~~Florida on~~ October 21, 2024.

                                                          **ROY K. ALTMAN**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record